1  **Angela M. Alioto, (SBN 130328)**
   **Angela Mia Veronese, (SBN 269942)**
2  **LAW OFFICES OF JOSEPH L. ALIOTO**
   **AND ANGELA ALIOTO**
3  700 Montgomery Street
   San Francisco, CA  94111-2104
4  Telephone:     (415) 434-8700
   Facsimile:      (415) 438-4638
5
   *Of Counsel*
6  Jody Meisel (SBN 109610)
   **LAW OFFICE OF JODY MEISEL**
7  Law Offices of Jody Meisel
   2632 Larkin Street, Suite 0
8  San Francisco, California 94109

9  Attorneys for Plaintiffs

10 Larry M. Kazanjian, **(SBN 071441)**
   Heather S. Candy **(SBN 205900)**
11 **PALMER KAZANJIAN WOHL HODSON LLP**
   520 CAPITOL MALL, Suite 600
12 Sacramento, CA 95814
   Telephone:     (916) 442-3552
13 Facsimile:      (916) 442-3606

14 Attorneys for Defendants

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17
   Tyrone Evans and Padraic (Pat) Lackey,   ) CASE NO. 3:10-cv-04493-JL
18                                          )
                                            ) STIPULATION TO DISMISS THE EIGTH CAUSE
19 Plaintiffs,                              ) OF ACTION OF THE FIRST AMENDED
                                            ) COMPLAINT, VIOLATION OF 42 USC SECTION
20                                          ) 1981; [PROPOSED] ORDER RE SAME
                                            )
21 VS.                                      )
                                            )
22 MCM Construction , Inc., Jim Carter, Ed Puchi, )
   Chris Smith, Greg Allen  and Roadway Electric )
23                                          )
   Defendants.                              )
24                                          )
                                            )
25 _____  )

26
         Plaintiffs TYRONE EVANS and PADRAIC LACKEY (Plaintiffs) and Defendants
27
   MCM CONSTRUCTION, INC., et.al. (Defendants), by and through their counsel of record in
28
   this action, hereby stipulate as follows:

                                            1

1    WHEREAS, on July 20, 2010, Plaintiffs filed a Complaint in the Superior Court of
2    California in and for the Conty of Alameda entitled <u>Tyrone Evans and Padraic (Pat) Lackey v.
3    MCM Construction, Inc., Jim Carter, Ed Puchi, Chris Smith, Greg Allen andDoes1-100
4    inclusive</u>, Case No. RG10526527;

5
6    WHEREAS on  September 3, 2010, Plaintiffs filed their First Amended  Complaint in
     the California Superior Court for the County of Alameda:
7

8    WHEREAS on or about October  4, 2010, certain Defendants, including MCM
9    Construction, Inc., removed this case to the United States District Court for the Northern
10   District of  California;

11
     WHEREAS, this is a multiple Plaintiff case alleging claims of employment
12
     discrimination, retaliation, termination and fraud;
13

14   WHEREAS, Plaintiffs' First Amended Complaint alleges seventeen causes of action
15   against the defendants,

16   WHEREAS, no trial date has been set in this case;

17
     WHEREAS, the Plaintiffs and Defendants, through their respective counsel of record
18
     have agreed  to dismiss the Eighth Cause of Action for Violation of 42 USC Section 1981
19
     in Plaintiff's  First Amended Complaint;
20

21   **NOW, THEREFORE IT IS HERFEBY SITPULATED AND AGREED** by and
22   between  the parties, through their respective  undersigned attorneys of record, that Plaintiffs
23   TYRONE EVANS' and PADRIAC LACKEY's Eighth Cause of Action in their First
24   Amended Complaint  as filed on  September  3, 2010 and removed to this Court on October 4,
25   2010 is dismissed with prejudice.

26
27
28

|  |  |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Dated: October 21, 2010 |
| 3 |  |

IT IS SO STIPULATED.

Dated: October 21, 2010

THE LAW OFFICES OF JOSEPH L. ALIOTO & ANGELA ALIOTO AND THE LAW OFFICES OF JODY MEISEL

By: /s/ Jody Meisel
Jody Meisel
Attorney for Plaintiffs

Dated: October 21, 2010

PALMER, KAZANJIAN, WOHL, HODSON, LLP

By: /s/ Heather S.Candy
Heather S. Candy
Attorney for Defendants

**ORDER**

Having reviewed the Stipulation executed by Plaintiffs TYRONE EVANS and PADARIAC LACKEY and Defendants MCM CONSTUCTION INC., et. al., and good cause appearing, this Court hereby Orders that Plaintiffs' Eighth Cause of Action for Violation of 42 USC Section 1981 from the Plaintiffs' First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED**

Dated: 11/30/10

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA