1    **Angela M. Alioto, (SBN 130328)**
     **Angela Mia Veronese, (SBN 269942)**
2    **LAW OFFICES OF JOSEPH L. ALIOTO**
     **AND ANGELA ALIOTO**
3    700 Montgomery Street
     San Francisco, CA 94111-2104
4    Telephone: (415) 434-8700
     Facsimile: (415) 438-4638

*Of Counsel*
Jody Meisel (SBN 109610)
**LAW OFFICE OF JODY MEISEL**
Law Offices of Jody Meisel
2632 Larkin Street, Suite 0
San Francisco, California 94109

Attorneys for Plaintiffs
TYRONE EVANS and PADRAIC (Pat) LACKEY

Larry M. Kazanjian, SBN: 071441
Heather S. Candy, SBN: 205900
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:    (916) 442-3552
Facsimile:    (916) 442-3606

Attorneys for Defendants
MCM CONSTRUCTION, INC., JIM CARTER, ED PUCHI,
CHRIS SMITH, AND GREG ALLEN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyrone Evans and Padraic (Pat) Lackey, <br><br>    Plaintiffs<br><br>v.<br><br>MCM Construction, Inc., Jim Carter, Ed Puchi, Chris Smith, Greg Allen and Roadway Electric,<br><br>    Defendants. | Case No. 3:10 –CV-04493-JL <br><br> STIPULATION TO REMAND ACTION TO STATE COURT [~~PROPOSED~~] ORDER RE SAME |

Plaintiffs TYRONE EVANS and PADRAIC LACKEY (Plaintiffs) and Defendants MCM CONSTRUCTION, INC., et al., (Defendants), by and through their counsel of record in this action, hereby stipulate as follows:

WHEREAS, on July 20, 2010, Plaintiffs filed a Complaint in the Superior Court of California in and for the County of Alameda entitled <u>Tyrone Evans and Padraic (Pat) Lackey v. MCM Construction, Inc., Jim Carter, Ed Puchi, Chris Smith, Greg Allen and Does 1-100 inclusive</u>, Case No. RG10526527;

WHEREAS on September 3, 2010, Plaintiffs filed their First Amended Complaint in the California Superior Court for the County of Alameda:

WHEREAS on or about October 4, 2010, certain Defendants, including MCM Construction, Inc., removed this case to the United States District Court for the Northern District of California;

WHEREAS, on or about October 21, 2010, the Plaintiffs and Defendants, through their respective counsel of record, stipulated to dismiss the Eighth Cause of Action for Violation of 42 USC Section 1981 in Plaintiff's First Amended Complaint without prejudice;

WHEREAS, pursuant to the parties' stipulation, this Court issued its Order dismissing the Eighth Cause of Action for Violation of 42 USC Section 1981 in Plaintiff's First Amended Complaint without prejudice;

WHEREAS, based on this Court's dismissal of Plaintiffs' Eighth Cause of Action, there remain no issues of federal law or federal subject matter jurisdiction in this action; and

WHEREAS, a hearing is set on February 2, 2011, regarding Plaintiffs' Motion to Remand;

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys of record, that Plaintiffs' First Amended Complaint is hereby remanded to the Superior Court of the State of California for the County of Alameda and the February 2, 2011 hearing on the Plaintiffs' motion to remand is withdrawn and off calendar.

IT IS SO STIPULATED.

Dated: November 22, 2010

THE LAW OFFICES OF JOSEPH L. ALIOTO &
ANGELA ALIOTO AND THE LAW OFFICES OF
JODY MEISEL

By: _____
Jody Meisel
Attorney for Plaintiffs

Dated: December 22, 2010

PALMER KAZANJIAN WOHL HODSON LLP

By: _____
Heather S. Candy
Attorneys for Defendants

## ORDER

Having reviewed the Stipulation executed by and between the parties hereto, through their respective attorneys of record, it is hereby ordered that Plaintiffs' First Amended Complaint is hereby remanded to the Superior Court of the State of California for the County of Alameda. Moreover, the February 2, 2011 hearing on the Plaintiffs' motion to remand is off calendar.

IT IS SO ORDERED

Dated: December 23, 2010

_____
Magistrate Judge James Larson
United States District Court
Northern District of California